IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MARTIN GOMEZ, | ) | 8:12CV367 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| DENNIS WILSON, et al., | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on Plaintiff's Motion for Reconsideration, which the court liberally construes as a motion for relief pursuant to Fed. R. Civ. P. 59(e). (Filing No. 28.) Also pending is Plaintiff's Motion for Leave to Appeal in forma pauperis ("IFP"). (Filing No. 30.) The court will address each Motion in turn.

## I. Rule 59(e) Motion

On August 13, 2013, the court dismissed Plaintiff's Complaint and entered Judgment against him. (Filing Nos. 26 and 27.) Liberally construed, Plaintiff seeks relief from the court's Judgment pursuant to Fed. R. Civ. P. 59(e). (Filing No. 28.) "Rule 59(e) motions serve the limited function of correcting manifest errors of law or fact or to present newly discovered evidence . . . . Such motions cannot be used to introduce new evidence, tender new legal theories, or raise arguments which could have been offered or raised prior to entry of judgment." *U.S. v. Metro. St. Louis Sewer Dist.*, 440 F.3d 930, 933 (8th Cir. 2006) (internal citations and quotations omitted).

The court has carefully reviewed Plaintiff's Motion and finds that he is not entitled to relief under Rule 59(e). Accordingly, Plaintiff's Motion for Reconsideration, liberally construed as a motion for relief pursuant to Rule 59(e), is denied.

## II.  *Motion to Appeal IFP*

On September 9, 2013, Plaintiff filed a timely Notice of Appeal (filing no. 29) along with a Motion for Leave to Appeal IFP (filing no. 30). Plaintiff is a nonprisoner and this case was removed to this court by Defendant. (*See* Filing No. 1.) Upon review of Plaintiff's Motion, the court finds that Plaintiff is financially eligible to appeal in forma pauperis.

IT IS THEREFORE ORDERED that:

1. Plaintiff's Motion for Reconsideration (filing no. 28), liberally construed as a motion for relief pursuant to Rule 59(e), is denied.

2. Plaintiff's Motion for Leave to Appeal IFP (filing no. 30) is granted.

3. The Clerk of the court shall provide the Court of Appeals with a copy of this Memorandum and Order.

DATED this 24th day of September, 2013.

BY THE COURT:

*s/ John M. Gerrard*
United States District Judge

---

*This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.